IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:09CV00783  WRW |
| | ) | |
| MONICA L. PRIEUR | ) | |
| Defendant, | ) | |
| | ) | |

ORDER OF DISMISSAL

Upon motion of plaintiff to dismiss the Complaint in the above-styled cause of action and for good cause shown, it is hereby

ORDERED AND ADJUDGED dismissed without prejudice.

Dated:  May 3, 2010

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE